HOBBY *et al. v.* ASHBURN LUMBER COMPANY *et al.*

ATKINSON, J. 1. Assignments of error upon rulings of the court as to the admissibility of certain evidence were not referred to in the briefs of counsel for plaintiffs in error filed in the Supreme Court. Under repeated rulings of this court, such assignments of error will be treated as abandoned.

2. Under the pleadings and evidence the judge did not abuse his discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
DECEMBER 11, 1912.

Petition for injunction. Before Judge Frank Park. Turner superior court. June 7, 1912.

*Z. Bass* and *Haygood & Cutts,* for plaintiffs.
*John B. Hutcheson* and *A. S. Bussey,* for defendants.